SMITH, Respondent, v. PEENE et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Walter Smith, an infant, by Joseph Smith, his guardian ad litem, against Stephen A. Peene and William H. Davidson. No opinion. Judgment and order of the City Court of Yonkers unanimously affirmed, with costs.

SNYDER v. DE FOREST WIRELESS CO. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Henry B. Snyder against the De Forest Wireless Company. No opinion. Motion denied, with $10 costs. Order filed.

SNYDER, Respondent, v. De FOREST WIRELESS TELEGRAPH CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Henry ·B. Snyder, suing, etc., against the De Forest Wireless Telegraph Company and others. J. J. Adams, for appellants. R. Foster, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SOLOMONS, Appellant, v. BOYER, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Joseph R. Solomons against Frank W. Boyer. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SONNENSTRAHL et al., Respondents, v. SCHWETTMANN, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Henry Sonnenstrahl and Abraham Sonnenstrahl, copartners, against William H. Schwettmann. No opinion. Judgment of the Municipal Court affirmed, with costs.

SPADONE, Appellant, v. WARREN, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906. Action by Amadee Spadone against Harry D. Warren. J. M. Bowers, foi appellant. L. L. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SPAULDING, Respondent, v. WOLFE, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Carrie N. Spaulding against Harry Wolfe. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs, on the authority of Fechter v. Postel (decided by this court July 24, 1906) 100 N. Y. Supp. 207.

In re SPERANZA. WALSH v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In an action by Charles Walsh against the city of New York. W. H. Harding, Jr., for Speranza. B. Patterson, for Walsh. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SPITZ, Respondent, v. HEINZE et al., Appellants. Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Theodore P. Spitz against Otto C. Heinze and others. D. P. Hays, for appellants. J. M. Bowers, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SPRAGUE, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by John T. Sprague against the city of New York and the department of health of the city of New York. No opinion. Judgment affirmed, with costs.

SPRING GARDEN INS. CO., Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by the Spring Garden Insurance Company against Remi Miller. No opinion. Order affirmed, with costs.

STANLEY, Respondent, v. STANLEY, Appellant. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Action by Sarah Taylor Stanley against James William Stanley. No opinion. Motion denied. Defendant may, within 20 days, serve copies of appeal papers upon plaintiff's attorney, with written corrections as to the matters specified by plaintiff's attorney in his letter of July 13th, excepting as to specifications therein 1, 2, 3, 4, and 7.

STANNARD v. ROBERT H. REID & CO. (Supreme Court, Appellate Division, First Department, October 12, 1906.) Action by Ambrose B. Stannard against Robert H. Reid & Co. No opinion. Motion denied, with $10 costs. Order filed.

STANTON, Respondent, v. GENERAL ACCIDENT ASSUR. CORP., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by John Stanton against the General Accident Assurance Corporation, limited, etc.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant shall, within 20 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, and pay to the respondent's attorney $10 costs of this motion, and, at the option of the respondent, submit said appeal, as of the present term, upon such printed papers; in which event the motion is denied.

In re STERN. (Supreme Court, Appellate Division, First Department. June 15, 1906.) In the matter of Charles E. Stern. No opinion. Reference ordered. Settle order on notice.

STEVENS v. McADOO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Lawrence Stevens against William McAdoo. No opinion. Motion granted. Settle order on notice.

STILWELL, Respondent, v. BETHEL, Appellant. (Supreme Court, Appellate Division,

Second Department. October 12, 1906.) Action by Van Mater Stilwell against Mabel L. Bethel. No opinion. Order affirmed, with $10 costs and disbursements.

STORM et al., Appellants, v. McGROVER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Theresa Storm and others against Sophie McGrover and others. E. Cohn, for appellants. R. H. Barnett, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

STRONG, Appellant, v. NEW YORK & N. J. TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906. Action by Emily B. Strong against the New York & New Jersey Telephone Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and MILLER, JJ., dissent.

SUCHANEK, Appellant, v. NEW AMSTERDAM GAS CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by John Suchanek, as administrator, etc., of Anton Suchanek, deceased, against the New Amsterdam Gas Company. No opinion. Judgment unanimously affirmed, with costs.

SUMMERWELL, Appellant, v. ROCHESTER HERALD CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Edward K. Summerwell against the Rochester Herald Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

SUNDERLAND, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Marguerite Sunderland against the Brooklyn Heights Railroad Company. No opinion. Motion denied.

SURIANI, Appellant, v. GRIFFIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Philip Suriani against Samuel Griffin and others. No opinion. Motion to dismiss appeal denied, without prejudice to the right of the respondents to renew, unless the appeal is perfected and the case is placed on the calendar of this court for argument.

TALBOT, Respondent, v. GOODWIN, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Ashton B. Talbot against Harry B. Goodwin, impleaded, etc. J. C. Oldmixon, for appellant. P. L. Klock, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TAW, Respondent, v. MICHELSON, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Joseph Taw against Michael Michelson. No opinion. Judgment of the Municipal Court affirmed, with costs.

THADDEUS, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Henry J. Thaddeus against Katherine Gould. A. H. Kaffenburgh, for appellant. J. H. Corwin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMPSON, Respondent, v. SUPREME TENT OF KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Oscar D. Thompson against the Supreme Tent of the Knights of the Maccabees of the World.

PER CURIAM. Judgment and order reversed and new trial ordered, with costs to the appellant to abide event upon questions of law only; the facts having been examined, and no error found therein. See Jumper v. Sovereign Camp Woodmen of the World, 127 Fed. 635, 62 C. C. A. 361.

SPRING, J., not sitting.

(50 Misc. 609)

In re THOMPSON'S WILL. (Surrogate's Court, Kings County. May, 1906.) In the matter of the probate of the last will and testament of Edwin E. Thompson, deceased. See 100 N. Y. Supp. 492. Ira J. Dutton, for proponent.

CHURCH. S. Since writing the second opinion herein, counsel for the proponent has submitted an additional brief, and contends that the authorities therein cited establish that the will and codicils should be admitted to probate. A careful examination of the cases does not, however, justify such contention. The case of Decker v. Waterman, 67 Barb. 460, did not arise on probate, but was an action between legatees to a will to have judicially determined the extent of the estate of the deceased. Although the situation was radically different from the case at bar, yet the court considered the legal proposition in regard to actual and constructive undue influence, and the decision rendered was on all fours with the previous decisions therein; using the following language (page 466): "The fact that such a relationship exists does not prevent the principal from making a voluntary donation to his agent and attorney. The same is not absolutely prohibited by the rules of law. But when it is established that such a relation exists between the donor and donee, then, before the validity of the gift will be upheld, it must be made to appear that the transaction was unaffected by fraud of any description whatever, either actual or constructive. The burden of proof rests on the donee, to establish its perfect fairness and propriety. * * * If such proof cannot be given, then the case will be treated as one of constructive fraud, and set aside." Reference is also made to the case of Matter of Sheldon (Sur.) 16 N. Y. Supp. 454. This latter case has a lengthy opinion by the surrogate of Madison county, which is devoted to a careful discussion of the facts of that case. No reference is made to any decisions therein, however, and it cannot be said to indicate any intention